HILDA E. WATT, Appellant, v. CHARLES WATT, Respondent.— Order so far as appealed from modified by naming a new referee, and limiting the reduction of alimony to run from the date of defendant's application for modification of the decree, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE LANDSMAN, Respondent, v. CHARLES S. HIRSCH and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

TURIN THEATRE CORPORATION, Respondent, v. PATHE EXCHANGE, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CLUSTER HOLDING CORPORATION, Respondent, v. PATHE EXCHANGE, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J.; Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of WALTER J. M. DONOVAN and Others, Appellants, against JAMES F. GERAGHTY, as Commissioner of Licenses for the City of New York, and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ISCO PAINTING & DECORATING Co., INC., Respondent, for an Order Directing that an Arbitration Proceed between the Said ISCO PAINTING & DECORATING Co., INC., and BAYWOOD REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Proceedings Supplementary to Execution: GIFFORD WOOD COMPANY, Judgment Creditor, Appellant, v. GORDON DAVIS ENGINEERING Co., INC., Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ

EDWARD J. QUINTAL and Others, Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. QUINTAL and Others, Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LILLIAN MOSS, Respondent, v. HARRY MOSS, Appellant.— Order reversed and motion denied, upon the ground that the complaint and affidavits in support of plaintiff's application do not disclose any reasonable ground for commencement of the present action, and there is no probability that plaintiff will succeed in establishing her charges against defendant. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EVELYN LACEY DAVIS, Respondent, v. ROBERT H. DAVIS, JR., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.